<u>IN THE UNITED STATES DISTRICT COURT</u>
<u>FOR THE EASTERN DISTRICT OF PENNSYLVANIA</u>

UNITED STATES OF AMERICA    )
                            )  Criminal Action
                            )  No. 09-cr-00212
       vs.                  )
                            )
TIMOTHY SNARD               )
                            )
       Defendant            )

<u>O R D E R</u>

NOW, this 27th day of September, 2009, upon consideration of Defendant's Motion to Suppress filed May 27, 2009; upon consideration of the United States' Response in Opposition to Defendant's Pre-trial Motions, which response was filed June 11, 2009; upon consideration of the briefs of the parties; upon consideration of the parties' exhibits; after hearing conducted before the undersigned August 20, 2009; and for the reasons articulated in the accompanying Opinion,

<u>IT IS ORDERED</u> that Defendant's Motion to Suppress is denied.

                              BY THE COURT:


                              /s/ James Knoll Gardner
                              James Knoll Gardner
                              United States District Judge